1 | McGREGOR W. SCOTT
United States Attorney
2 | KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
3 | United States Courthouse
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6 | Attorneys for Petitioner United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cv-00941-AWI-DLB | |
| ) | | |
| Petitioner, ) | **STIPULATION TO ADVANCE THE** | |
| ) | **HEARING DATE FOR THE ORDER TO** | |
| v. ) | **SHOW CAUSE HEARING;** | |
| ) | **ORDER THEREON** | |
| TOM LINSCHEID, ) | | |
| ) | **OLD HEARING DATE:** | |
| Respondent. ) | | |
| ) | Date: September 5, 2008 | |
| | Time: 9:00 a.m. | |
| | Ctrm: 9 | |
| | **NEW HEARING DATE:** | |
| | Date: September 4, 2008 | |
| | Time: 9:00 a.m. | |
| | Ctrm: 9 | |

Petitioner United States of America and Respondent Tom Linscheid hereby stipulate, by and through their respective counsel, to advance the hearing date for the Order to Show Cause from September 5, 2008, at 9:00 a.m., to a "special motion hearing date," September 4, 2008, at 9:00 a.m., in Courtroom No. 9, before the Honorable Dennis L. Beck.

Counsel for Respondent Tom Linscheid is not available on September 5, 2008, and counsel for the United States is leaving

1  the U.S. Attorney's Office and will not be available to argue
2  this matter after September 5, 2008.  Both counsel are available
3  on September 4, 2008.
4       All other deadlines will remain the same.  The parties
5  respectfully request that the Court advance the hearing date.

```
                                        Respectfully submitted,

Dated: August 25, 2008.                 McGREGOR W. SCOTT
                                        United States Attorney


                                  By:   /s/ Kimberly A. Gaab
                                        Assistant U.S. Attorney

                                        Attorneys for Petitioner
                                        United States of America


Dated: August 25, 2008.                 BRIAN C. LEIGHTON
                                        Law Offices of Brian C.
                                        Leighton
                                        (as authorized on 8/25/08)


                                  By:   _____

                                        Attorneys for Respondent
                                        Tom Linscheid
```

2

1 **ORDER FOR A SPECIAL MOTION HEARING DATE**

2   The hearing date for the Order to Show Cause is hereby
3 advanced to a "special motion hearing date," of September 4,
4 2008, at 9:00 a.m., in Courtroom 9, as requested by counsel for
5 the parties.

6   IT IS SO ORDERED.

7   **Dated:   August 27, 2008**          /s/ **Dennis L. Beck**
8                                    UNITED STATES MAGISTRATE JUDGE