McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS (SBN 192172)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cv-00941-AWI-DLB |
| Petitioner, | **STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |
| v. | |
| TOM LINSCHEID, | **OLD CONFERENCE DATE:** |
| Respondent. | Date: October 7, 2008<br>Time: 8:45 a.m.<br>Ctrm: 9 |
| | **NEW CONFERENCE DATE:** |
| | Date: December 9, 2008<br>Time: 8:45 a.m.<br>Ctrm: 9 |

   Petitioner United States of America and Respondent Tom Linscheid hereby stipulate, by and through their respective counsel, to continue the Mandatory Scheduling Conference date for 60 days, from October 7, 2008, at 8:45 a.m., to December 9, 2008, at 8:45 a.m., in Courtroom No. 9, before the Honorable Dennis L. Beck.

1     All other deadlines will remain the same.  The parties
2  respectfully request that the Court continue the date for the
3  Mandatory Scheduling Conference.

                                    Respectfully submitted,

Dated: September 25, 2008.          McGREGOR W. SCOTT
                                    United States Attorney


                               By:  /s/Stephanie Hamilton Borchers
                                    Assistant U.S. Attorney
                                    STEPHANIE HAMILTON BORCHERS
                                    Attorneys for Petitioner
                                    United States of America


Dated: September 25, 2008.          BRIAN C. LEIGHTON
                                    Law Offices of Brian C.
                                    Leighton
                                    (As authorized 9/25/08)

                               By:   /s/ Brian C. Leighton
                                    BRIAN C. LEIGHTON
                                    Attorneys for Respondent
                                    Tom Linscheid

1 **ORDER TO CONTINUE**
2 **THE MANDATORY SCHEDULING CONFERENCE**
3  The hearing date for the Mandatory Scheduling Conference is
4 hereby continued from October 7, 2008, to December 9, 2008, at
5 8:45 a.m., in Courtroom 9, as requested by counsel for the
6 parties.

8     IT IS SO ORDERED.
9     Dated:  **September 26, 2008**          **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE